**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Board of Trustees, 26000 Evergreen Road, Southfield, MI 48037, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGENT COMMUNICATIONS HOLDINGS, INC., DAVID SCHAEFFER, and THADDEUS G. WEED,<br>Defendants. | Case No.: 1:26-cv-02609-APM |

**ORDER**

Upon consideration of the Plaintiff City of Southfield Fire and Police Retirement System and Defendants Cogent Communications Holdings, Inc., David Schaeffer, and Thaddeus G. Weed's (collectively "the Parties") Joint Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation is GRANTED.

1. Defendants are not required to answer or respond to the existing complaint until after (i) the Court has had the opportunity to determine whether any other actions that may be filed should be consolidated; (ii) the Court has appointed lead plaintiff and lead counsel; and (iii) the lead plaintiff has filed an amended complaint or designates an existing complaint the operative complaint.

2. Within fourteen (14) days of the appointment of a lead plaintiff and lead counsel,

counsel for lead plaintiff and counsel for Defendants will meet and confer and submit a proposed schedule to the Court for the filing of the amended complaint or the designation of an existing complaint as the operative complaint and Defendants' response.

SO ORDERED on this 14th day of August, 2026.

Amit Mehta Digitally signed by Amit Mehta
Date: 2026.08.14 17:33:59
-04'00'

Amit P. Mehta
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above proposed order:

SCHERTLER ONORATO MEAD SEARS
& MANNING, LLP
CHRISTOPHER B. MEAD
555 13th Street, N.W., Suite 500 West
Washington, D.C. 20004
Telephone: 202/628-4199
cmead@schertlerlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
RICHARD W. GONNELLO
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com
rgonnello@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com

VMT LAW, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
tmichaud@vmtlaw.com