# EXHIBIT B

| | |
|---|---|
| **Client Name** | David Schuetzkowski |
| **Company Name** | Cogent Communications Holdings, Inc. |
| **Ticker Symbol** | CCOI |
| **Security Type** | |
| **Class Period Start** | 02-29-2024 |
| **Class Period End** | 05-01-2026 |
| **90-DAY Lookback Period Start** | 05-02-2026 |
| **90-DAY Lookback Period End** | 07-30-2026 |
| **90-DAY Lookback Average** | $ 15.03 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $56,437.54 |
| **DURA LIFO* Total** | $56,437.54 |
| **Gross Shares Purchased** | 2,000 |
| **Net Shares Retained** | 2,000 |
| **Net Funds Expended** | $86,500.00 |

| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 07-11-2025 | 1000 | 50.25 | $ 50,250.00 | | | | | | - | 1000 | 1000 | $ 15.03 | $ 15,031.23 | $ 35,218.77 | $ 35,218.77 |
| 08-07-2025 | 1000 | 36.25 | $ 36,250.00 | | | | | | - | 1000 | 1000 | $ 15.03 | $ 15,031.23 | $ 21,218.77 | $ 21,218.77 |
| **Total:** | **2,000** | | **$86,500.00** | | | | | | | **2,000** | **2,000** | | **$30,062.46** | **$56,437.54** | **$56,437.54** |

***Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)***

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.