# Exhibit B

**Loss Analysis for Hyunseoung Choi - Cogent Communications Holdings, Inc. (CCOI)**
**Class Period 02/29/24 - 05/01/26**

| | PURCHASES Date | Shares | Share Price | | Amount Paid | | SALES Date | Shares | Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period Purchases | 08/08/25 | 200 | $29.2100 | | $5,842.00 | | | | | | |
| | 08/14/25 | 100 | $32.9800 | | $3,298.00 | | | | | | |
| | 08/18/25 | 150 | $36.9800 | | $5,547.00 | | | | | | |
| | 08/26/25 | 100 | $37.3600 | | $3,736.00 | | | | | | |
| | 09/26/25 | 100 | $39.6100 | | $3,961.00 | | | | | | |
| | 10/07/25 | 100 | $42.3000 | | $4,230.00 | | | | | | |
| | 10/09/25 | 50 | $43.5200 | | $2,176.00 | | | | | | |
| | 10/10/25 | 100 | $42.2800 | | $4,228.00 | | | | | | |
| | 11/03/25 | 159 | $40.5600 | | $6,449.04 | | | | | | |
| | 11/03/25 | 86 | $40.6200 | | $3,493.32 | | | | | | |
| | 11/12/25 | 139 | $18.4700 | | $2,567.33 | | | | | | |
| | 11/21/25 | 150 | $16.7200 | | $2,508.00 | | | | | | |
| | 11/25/25 | 300 | $17.7000 | | $5,310.00 | | | | | | |
| | 02/23/26 | 253 | $17.0700 | | $4,318.71 | | | | | | |
| Post Class Purchases | | | | | | Post Class Sales | 05/28/26 | 200 | $20.2100 | | $4,042.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

* For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depeding on which value is higher.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 1,987 | **Total Amt. Paid in CP** | $57,664.40 | **Total Shares Sold in CP** | 0 | **Total Amt. Sold in CP** | $0.00 |
| | | | | **Post CP Shares Sold** | 200 | **Post CP Amount Sold** | $4,042.00 |
| | | | | **Total Shares Sold to Current** | 200 | **Total Amt. Sold to Current** | $4,042.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** 1,987 **(CP Retained Shares)**

**Net Amount Paid in CP** $57,664.40
**Net Amount Paid in CP Minus Sold to Current Date** $53,622.40 **ALTERNATIVE**

**<u>Calculation Using 90-Day Lookback</u>**

**Net Shares Acquired in CP (CP Retained Shares)** 1,987 **Automatically 0 if Negative**
**Net Shares Acquired During Class Period Held to Current Date** 1,787 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $15.03

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $29,867.05
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $26,860.81 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $30,803.59 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $27,797.35
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $26,761.59 **ALTERNATIVE**