**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Board of Trustees, 26000 Evergreen Road, Southfield, MI 48037, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

COGENT COMMUNICATIONS HOLDINGS, INC., DAVID SCHAEFFER, and THADDEUS G. WEED,

Defendants.

Case No. 1:26-cv-02609-APM

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS TO APPOINT LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

The PSLRA creates a presumption that the "most adequate plaintiff" for the purposes of these motions is the person or group that has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(B)(iii)(I). Here, "the relief sought by the class" consists of recovery for investment losses suffered as a result of transactions in Cogent Communications Holdings, Inc. common stock from February 29, 2024 through May 1, 2026.

Movant Hyunseoung Choi ("Movant") applied for appointment as lead plaintiff on September 21, 2026, stating that he suffered losses of $26,761.59. Competing motions were filed, and based on a review of those motions, it appears that Movant does not have the largest financial interest in this litigation.

By this notice, Movant does not waive his right to participate and recover as a class member. Movant also remains ready, willing, and able to serve as lead plaintiff if the need arises.

DATED: October 5, 2026

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By *___/s/ Nathaniel A. Tarnor___*

Nathaniel A. Tarnor (D.C. Bar No. 985457)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

Lucas E. Gilmore (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Hyunseoung Choi*

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
Nathaniel A. Tarnor (D.C. Bar No. 985457)