**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Board of Trustees, 26000 Evergreen Road, Southfield, MI 48037, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COGENT COMMUNICATIONS HOLDINGS, INC., DAVID SCHAEFFER, and THADDEUS G. WEED,<br><br>Defendants. | **Case No. 1:26-CV-02609-APM**<br><br>**CLASS ACTION** |

**NOTICE OF WITHDRAWAL OF MOTION OF BRADLEY GELLMAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Movant Bradley Gellman ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. Dkt. No. 20. Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: October 6, 2026

Respectfully submitted,

**STEVEN KRIEGER LAW, PLLC**

*/s/ Steven A. Krieger*
Steven A. Krieger (#1014093)
2200 Wilson Boulevard, Suite 102
Arlington, VA 22201
Telephone: (703) 831-7707
Fax: (571) 512-5814
Email: steven@stevenkriegerlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Steven A. Krieger*